RICHARD A. CANATELLA (SB # 53264)
RONALD M. TORAN (SB # 84027)
Cotter & Del Carlo
4610 Mission Street, Suite 203
San Francisco, CA 94112
(415) 584-5446
(415) 584-5447 FAX

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LaRELL FRANKLIN, individually and as executor and testamentary trustee of the Estate of Maggie Ivory, LaRON FRANKLIN, DEBORAH SPADE, LISA LEMMONS, DOROTHY SEWELL, as guardian of the estate of her wards, AMBER FRANKLIN, DEANEER FRANKLIN and COTI ALEXANDER,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY AND CASUALTY COMPANY, KATHIE PARDI, RICHARD K. RENEY, ANDREW ASPERGREN, SCOTT D. SCHWARTZ, ESQ., RUST, ARMENIS & SCHWARTZ, NICKI NICOLAI, GEORGE S. ALBOFF, EFI ENGINEERING AND FIRE INVESTIGATIONS, ACCREDITED HOME LENDERS, INC., and COUNTRYWIDE HOME LOANS, INC., CRS TEMPORARY HOUSING, NEMISIO (JUN) RAMOS, ROY GRANLUND,<br><br>    Defendants.<br>_____/ | No. C-06-1909 MMC<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CRS TEMPORARY HOUSING FROM COMPLAINT FOR DAMAGES AND PROSPECTIVE RELIEF FOR FEDERAL AND STATE CIVIL RIGHTS VIOLATIONS AND STATE LAW INSURANCE BAD FAITH**<br><br>**Courtroom: 7 - 19th Floor**<br><br>**450 Golden Gate Avenue<br>San Francisco CA 94102** |

**VOLUNTARY DISMISSAL, ETC.**

TO THE CLERK OF COURT:

Plaintiffs LaRELL FRANKLIN, individually and as executor and testamentary trustee of the Estate of Maggie Ivory, LaRON FRANKLIN, DEBORAH SPADE, LISA LEMMONS, DOROTHY SEWELL, as guardian of the estate of her wards, AMBER FRANKLIN, DEANEER FRANKLIN and COTI ALEXANDER voluntarily DISMISS all of their claims and causes of action set forth in the Complaint For Damages And Prospective Relief For Federal And State Civil Rights Violations And State Law Insurance Bad Faith against Defendant CRS TEMPORARY HOUSING, and request that the claims and causes of action be dismissed without prejudice pursuant to Fed.R.Civ.P, rule 41(a)(1)(i).  Defendant CRS TEMPORARY HOUSING has not filed an answer or motion for summary judgment and Plaintiffs have never previously dismissed an action based on or including the same claims and causes of action against CRS TEMPORARY HOUSING.  *See Cooter & Gell v. Harmarx Corp.*, 496 U.S. 384, 394 (1990).

Dated: March 30, 2006

                              COTTER & DEL CARLO

                              By: Richard A. Canatella

Dated: March 30, 2006



IT IS SO ORDERED
Judge Maxine M. Chesney

**VOLUNTARY DISMISSAL, ETC.**      2