RECEIVED

1

CHAD A. SCHWARTZ (S.B. #102554)
US APR -3 PM 3:31

2

Attorney At Law
3610 American River Drive, Suite 112
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-Filing**

3

Sacramento, California 95864

4

Telephone: (916) 716-9820
Facsimile: (916) 419-5400

5

RUST, ARMENIS & SCHWARTZ

IT IS SO ORDERED

6

A Professional Corporation
FRED A. SCHWARTZ (S.B. #52133)

7

SCOTT D. SCHWARTZ (S.B. #104881)

MAXINE M. CHESNEY

8

781 Beach Street, Suite 300
San Francisco, California 94109

UNITED STATES DISTRICT JUDGE

9

Telephone: (415) 765-5910
Facsimile: (415) 765-5914

DATE _____ **APR X 5** 2006

10

Attorneys for Defendants

**FILE BY FAX**

11

RUST, ARMENIS & SCHWARTZ AND
SCOTT D. SCHWARTZ

12

13

UNITED STATES DISTRICT COURT

14

NORTHERN DISTRICT OF CALIFORNIA

15

16

LaRell Franklin et.al.

17

Plaintiffs,

18

vs.

19

Allstate Insurance Company et. al.

20

Defendants.

21

22

Case No. C-06-1909 MMC

STIPULATION TO CONTINUE
TIME FOR DEFENDANTS TO
FILE A RESPONSE TO
COMPLAINT

Dept.: Ctrm 7, 19th Floor

Judge: Hon. Maxine M.
Chesney

23

In order to explore settlement options, to avoid the cost of litigation, which is in

24

the best interest of the parties and the Court, the parties signing below stipulate to continue the

25

time for defendants to respond to the complaint filed on March 13, 2006 to May 1, 2006.

26

This stipulation is submitted pursuant to Civil L.R 6-1(a):

27

28

1.

STIPLULATION TO CONTINUE TIME                    CASE NO. C-06-1909 MMC

1   **(a) When Stipulation Permissible Without Court Order**  Parties may stipulate
2   in writing, without a Court order, to extend the time within which to answer or
    otherwise respond to the complaint, or to enlarge or shorten the time in matters
3   not required to be filed or lodged with the Court, provided the change will not
    alter the date of any event or deadline already fixed by Court order.  Such
4   stipulations shall be promptly filed pursuant to Civil L.R. 5.

5   Dated:  March 31, 2006

6                                                  COTTER & DEL CARLO

7

8                                          By_____
9                                              RICHARD A. CANATELLA
                                            Attorneys for Plaintiffs
10                                          LaRELL FRANKLIN, individually and as executor and
                                            testamentary trustee of the Estate of Maggie Ivory, LaRON
11                                          FRANKLIN, DEBORAH SPADE, LISA LEMMONS,
                                            DOROTHY SEWELL, as guardian of the estate of her
12                                          wards, AMBER FRANKLIN, DEANEER FRANKLIN and
13                                          COTI ALEXANDER

14   Dated:  March 31, 2006

15

16

17                                         By_____
                                               CHAD A. SCHWARTZ
18                                            Attorney At Law
                                            Attorney for Defendants
19                                          RUST, ARMENIS & SCHWARTZ AND
20                                          SCOTT D. SCHWARTZ

21

22

23

24

25

26

27

28
                                                      2.
    STIPLULATION TO CONTINUE TIME                              CASE NO. C-06-1909 MMC

Mar 31 2006 5:26PM CHAD SCHWARTZ Case 3:06-cv-01808-MMC Document 16 Filed 04/05/06 916-418-5400 Page 3 of 9 p. 1

03/31/06 FRI 17:24 FAX 415 5 5447 COTTER & DEL CARLO 916-418-5400 ✉001
Mar 31 2006 5:13PM CHAD SCHWARTZ COTTER & DEL CARLO 916-418-5400 p. 1

2006/MAR/31/FRI 03:23 PM CLIFFORD KIRSCH PC FAX No. 925 935 9825 P. 003

1
2
3
4
5

(a) **When Stipulation Permissible Without Court Order** Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or deadline already fixed by Court order. Such stipulations shall be promptly filed pursuant to Civil L.R. 5.

Dated: March 31, 2006

6
7
8
9
10
11
12
13

COTTER & DEL CARLO

By _____
RICHARD A. CANATELLA
Attorneys for Plaintiffs
LaRELL FRANKLIN, individually and as executor and testamentary trustee of the Estate of Maggie Ivory, LaRON FRANKLIN, DEBORAH SPADE, LISA LEMMONS, DOROTHY SEWELL, as guardian of the estate of her wards, AMBER FRANKLIN, DEANEER FRANKLIN and COTI ALEXANDER

14
15
16
17
18
19
20
21
22
23
24
25
26
27

Dated: March 31, 2006

By _____
CHAD A. SCHWARTZ
Attorney At Law
Attorney for Defendants
RUST, ARMENIS & SCHWARTZ AND
SCOTT D. SCHWARTZ

STIPULATION TO CONTINUE TIME

2.

CASE NO. C-06-1909 MMC

1

Dated: March 31, 2006                    SONNENSCHEIN, NATH AND ROSENTHAL LLP

2

By _____

3                                       KIMBERLY DeHOPE
                                        Attorneys for Defendants
4                                       ALLSTATE CORPORATION, ALLSTATE INSURANCE
                                        COMPANY, ALLSTATE INDEMNITY COMPANY,
5                                       ALLSTATE PROPERTY AND CASUALTY COMPANY,
                                        KATHIE PARDI, RICHARD K. RENEY, ANDREW
6                                       ASPERGREN, AND NICKI NICOLAI

7

8       Dated:  March 31, 2006

9

10

11                                      By _____
                                        CLIFFORD E. HIRSCH
12                                      Attorney At Law
                                        Attorneys for Defendants
13                                      GEORGE S. ALBOFF AND
                                        EFI ENGINEERING AND FIRE INVESTIGATIONS
14

15      Dated:  March 31, 2006          HOLLAND & KNIGHT LLP

16

17                                      By _____
                                        DAVID IDRIS GONDEN
18                                      Attorneys for Defendants
                                        ACCREDITED HOME LENDERS, INC. AND
19                                      COUNTRYWIDE HOME LOANS, INC.

20

21

22

23

24

25

26

27

3.

STIPLULATION TO CONTINUE TIME                         CASE NO. C-06-1909 MMC

1    Dated: March 31, 2006              SONNENSCHEIN, NATH AND ROSENTHAL LLP

2                                       By_____

3                                          CYNTHIA MELLEMA
                                        Attorneys for Defendants
4                                       ALLSTATE CORPORATION, ALLSTATE INSURANCE
                                        COMPANY, ALLSTATE INDEMNITY COMPANY,
5                                       ALLSTATE PROPERTY AND CASUALTY COMPANY,
                                        KATHI PARDI, RICHARD K. RENEY, ANDREW
6                                       ASPERGREN

7

8    Dated: March 31, 2006

9

10

11                                      By_____
                                           CLIFFORD E. HIRSCH
12                                      Attorney At Law
                                        Attorneys for Defendants
13                                      GEORGE S. ALBOFF AND
                                        EFI ENGINEERING AND FIRE INVESTIGATIONS
14

15   Dated: March 31, 2006              HOLLAND & KNIGHT LLP

16

17                                      By_____
                                           CHARLES LAGRANGE COLEMAN III
18                                      DAVID IDRIS GONDEN
                                        Attorneys for Defendants
19                                      ACCREDITED HOME LENDERS, INC.

20

21

22

23

24

25

26

27

                                            3.

1    Dated: March 31, 2006          SONNENSCHEIN, NATH AND ROSENTHAL LLP

2                                   By_____

3                                     KIMBERLY DeHOPE
                                     Attorneys for Defendants
4                                    ALLSTATE CORPORATION, ALLSTATE INSURANCE
                                     COMPANY, ALLSTATE INDEMNITY COMPANY,
5                                    ALLSTATE PROPERTY AND CASUALTY COMPANY,
                                     KATHIE PARDI, RICHARD K. RENEY, ANDREW
6                                    ASPERGREN, AND NICKI NICOLAI

7

8    Dated: March 31, 2006

9

10

11                                  By_____
                                      CLIFFORD E. HIRSCH
12                                   Attorney At Law
                                     Attorneys for Defendants
13                                   GEORGE S. ALBOFF AND
                                     EFI ENGINEERING AND FIRE INVESTIGATIONS
14

15   Dated: April 3, 2006           HOLLAND & KNIGHT LLP

16
                                    By_____
17                                    DAVID M. GONDEN
                                     Attorneys for Defendants
18                                   ACCREDITED HOME LENDERS, INC.

19
     Dated: April 3, 2006
20

21                                  By_____
22                                    SANFORD A. SHATZ
                                     Attorney at Law
23                                   Attorneys for Defendant
                                     COUNTRYWIDE HOME LOANS, INC.
24

25

26

27
                                          3.
     STIPLULATION TO CONTINUE TIME                    CASE NO. C-06-1909 MMC

1   Dated: March 31, 2006              SONNENSCHEIN, NATH AND ROSENTHAL LLP

2
                                       By_____
3                                        KIMBERLY DeHOPE
                                       Attorneys for Defendants
4                                      ALLSTATE CORPORATION, ALLSTATE INSURANCE
                                       COMPANY, ALLSTATE INDEMNITY COMPANY,
5                                      ALLSTATE PROPERTY AND CASUALTY COMPANY,
                                       KATHIE PARDI, RICHARD K. RENEY, ANDREW
6                                      ASPERGREN, AND NICKI NICOLAI

7

8   Dated:  March 31, 2006

9

10

11                                     By_____
                                       CLIFFORD E. HIRSCH
12                                     Attorney At Law
                                       Attorneys for Defendants
13                                     GEORGE S. ALBOFF AND
                                       EFI ENGINEERING AND FIRE INVESTIGATIONS
14

15  Dated: April 3, 2006               HOLLAND & KNIGHT LLP

16

17                                     By_____
                                       DAVID M. GONDEN
18                                     Attorneys for Defendants
                                       ACCREDITED HOME LENDERS, INC.
19

20  Dated: April 3, 2006

21
                                       By_____
22                                     SANFORD M. SHATZ
                                       Attorney at Law
23                                     Attorneys for Defendant
                                       COUNTRYWIDE HOME LOANS, INC.
24

25

26

27

                                            3.
    STIPULATION TO CONTINUE TIME                    CASE NO. C-06-1909 MMC

1
2

## PROOF OF SERVICE
[CCP section 1013(a); 2015.5]

**Re:** **LaRell Franklin et.al. vs. Allstate Insurance Company et. al.**
3        **United States District Court Northern District of California**
         **Case No.: C-06-1909 MMC**
4

I am employed in the County of San Francisco, State of California. I am over the age of
5   18 and not a party to the within action; my business address is 781 Beach Street, Suite 300, San
    Francisco, CA 94109.
6

On the date indicated below, I served the foregoing documents described as:
7

STIPULATION TO CONTINUE TIME FOR DEFENDANTS TO FILE A RESPONSE
8        TO COMPLAINT

9   on the interested parties in this action by placing a true copy in a sealed envelope addressed as
    follows:
10

COTTER & DEL CARLO
11  RICHARD A. CANATELLA, ESQ.
    4610 Mission Street, Suite 203
12  San Francisco, CA 94112

13
    SONNENSCHEIN, NATH & ROSENTHAL LLP
14  CYNTHIA MELLEMA
    KIMBERLY DeHOPE
15  685 Market Street, Sixth Floor
    San Francisco, CA 94105
16

CLIFFORD E. HIRSCH
17  Attorney At Law
18  100 Pringle Avenue #415
    Walnut Creek, California 94596
19

HOLLAND & KNIGHT LLP
20  CHARLES LAGRANGE COLEMAN III
21  DAVID IDRIS GONDEN
    50 California Street #2800
22  San Francisco, California 94111-4624

23
    COUNTRYWIDE HOME LOANS, INC.
24  SANFORD SHATZ
    Legal Department
25  5220 Las Virgenes Road MSAC11
    Calabasas, CA 91302
26

27   <u> X </u>   BY MAIL: I am readily familiar with the firm's practice of collection and processing
              correspondence for mailing. Under that practice, it would be deposited with the U.S.
28            Postal Service on the same day with postage thereon fully prepaid at San Francisco,
              California, in the ordinary course of business.

PROOF OF SERVICE                                  1                    CASE NO. C-06-1909 MMC

1

_____   BY PERSONAL SERVICE:   I caused such envelope(s) to be delivered by hand to the
2                   business of the addressee(s).

3       _____   BY OTHER SERVICE:   I caused such envelope(s) to be delivered to the office(s) of the
                    addressee(s) by:
4              _____   Overnight mail via _____

5              _____   Facsimile:   I personally sent to the above-named person(s) to the fax number
                    shown, a true copy of the above-described document.  I verified transmission and
6                   receipt, and placed a copy in an envelope addressed and mailed to the address(es)
                    indicated above.
7
   X    STATE:   I declare under penalty of perjury under the laws of the State of California that
8            the foregoing is true and correct.  Executed on April 3, 2006 at San Francisco, California.

9                                              _Cara_ _____

10                                                           Cara Fishman

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28