1   CHAD A. SCHWARTZ (S.B. #102554)
    Attorney at Law
2   3610 American River Drive, Suite 112
    Sacramento, California 95864
3   Telephone:  (916) 716-9820
    Facsimile:  (916) 419-5400
4   Email:  chadallan@aol.com
5

6   Attorneys for Defendants
    RUST, ARMENIS & SCHWARTZ AND
7   SCOTT D. SCHWARTZ

8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11  LaRell Franklin, individually and as executor          ) Case No. C-06-1909 MMC
    and testamentary trustee of the Estate of              )
12  Maggie Ivory, LaRon Franklin, Deborah                  ) STIPULATION TO TIME FOR
    Spade, Lisa Lemmons, Dorothy Sewell, as                ) DEFENDANTS TO FILE A
13  guardian of the estate of her wards, Amber             ) RESPONSE TO FIRST AMENDED
    Franklin, Deaneer Franklin and Coti                    ) COMPLAINT AND ORDER
14  Alexander                                              )
                                                           )
15                                                         )
                            Plaintiffs,                    ) Dept.: Ctrm 7, 19th Floor
16                                                         ) Judge: Hon. Maxine M.
                                                           )         Chesney
17              vs.                                        )
                                                           )
18  Allstate Corporation, Allstate Insurance              )
    Company, Allstate Indemnity Company,                   )
19  Allstate Property and Casualty Company,                )
    Kathie Pardi, Richard K. Reney, Andrew                 )
20  Aspergren, Scott D. Schwartz, Esq., Rust,              )
    Armenis & Schwartz, Nicki Nicolai, George S.           )
21  Alboff, EFI Engineering and Fire                       )
    Investigations, Accredited Home Lenders,               )
22  Inc., and Countrywide Home Loans, Inc., CRS            )
    Temporary Housing, Nemisio (Jun) Ramos,                )
23  Roy Granlund                                           )
                                                           )
24                                                         )
                                                           )
25                          Defendants.                    )
                                                           )
26  _____              )

27

                                    1

1    On April 3, 2006, the parties filed a stipulation to continue the time for defendants

2    to respond to plaintiffs' original complaint filed on March 13, 2006 to May 1, 2006.

3    On May 1, 2006, defendants Allstate Corporation, Allstate Insurance Company,

4    Allstate Indemnity Company, Allstate Property and Casualty Company, Kathie Pardi,

5    Richard K. Reney, Andrew Aspergren, Nicki Nicolai, Accredited Home Lenders, Inc.,

6    Countrywide Home Loans, Inc., Rust, Armenis and Schwartz, A Professional

7    Corporation, and Scott D. Schwartz filed motions to dismiss the complaint.

8    On April 6, 2006, plaintiffs filed a First Amended Complaint For Damages And

9    Prospective Relief For Federal And State Civil Rights Violations And State Law

10   Insurance Bad Faith; Certification Of Interest; Jury Demand And Exhibits (hereafter

11   "first amended complaint").  Plaintiffs and defendants hereby agree for the purposes of

12   this stipulation that defendants' response to plaintiffs' first amended complaint filed on

13   April 6, 2006 will be filed on or before May 22, 2006.

14   The parties signing this stipulation request the court to vacate the motions to

15   dismiss the original complaint filed by defendants set for June 9, 2006 as to the original

16   complaint.

17   On May 2, 2006, George S. Alboff and EFI Global Inc., erroneously named as

18   EFI Engineering and Fire Investigations filed a motion to dismiss the first amended

19   complaint.  George S. Alboff and EFI Global Inc.'s motion will remain scheduled for

20   June 9, 2006.

21   The parties agree to defer the issue of whether or not plaintiffs' first amended

22   complaint was served when it was filed on April 6, 2006, and to reserve any and all rights

2

Stipulation To Time For Defendants to File
A Response To First Amended Complaint And Order          Case No. C-06-1909 MMC

1    regarding costs associated with responding to plaintiffs' first complaint.  No party shall

2    be prejudiced by agreeing to this stipulation from asserting that the first amended

3

4    complaint was or was not served.

5          The case management conference is presently scheduled for June 16,

6    2006.  Defendants Allstate Corporation, Allstate Insurance Company, Allstate Indemnity

7    Company, Allstate Property and Casualty Company, Kathie Pardi, Richard K. Reney,

8    Andrew Aspergren, Nicki Nicolai, Accredited Home Lenders, Inc., Countrywide Home

9    Loans, Inc., Rust, Armenis and Schwartz, A Professional Corporation, and Scott D.

10   Schwartz anticipate having their motions to dismiss heard on July 7, 2006.  The parties

11   request a continuance of the case management conference to July 21, 2006.

12

13

     Dated:  May 10, 2006

14
                                    COTTER & DEL CARLO
15

16

17                                  By_____/S/_____
                                      RICHARD A. CANATELLA
18                                    Attorneys for Plaintiffs
                                      LaRELL FRANKLIN, individually and as executor
19                                    and testamentary trustee of the Estate of Maggie
                                      Ivory, LaRON FRANKLIN, DEBORAH SPADE,
20                                    LISA LEMMONS, DOROTHY SEWELL, as
                                      guardian of the estate of her wards, AMBER
21                                    FRANKLIN, DEANEER FRANKLIN and COTI
                                      ALEXANDER
22

23

24

25

26

27
                                          3

1    Dated:  May 10, 2006

2

3
                                        By_____/S/_____
4                                          CHAD A. SCHWARTZ
                                           Attorney At Law
5                                        Attorney for Defendants
                                         RUST, ARMENIS & SCHWARTZ, A
6                                        PROFESSIONAL CORPORATION, AND
                                         SCOTT D. SCHWARTZ
7

8

9    Dated:  May 10, 2006             SONNENSCHEIN, NATH AND ROSENTHAL
                                      LLP
10

11
                                        By_____/S/_____
12                                         KIMBERLY DeHOPE
                                         Attorneys for Defendants
13                                       ALLSTATE CORPORATION, ALLSTATE
                                         INSURANCE COMPANY, ALLSTATE
14                                       INDEMNITY COMPANY, ALLSTATE
                                         PROPERTY AND CASUALTY COMPANY,
15                                       KATHIE PARDI, RICHARD K. RENEY,
                                         ANDREW ASPERGREN, AND NICKI NICOLAI
16

17

18   Dated:  May 10, 2006             CLIFFORD HIRSCH, A PROFESSIONAL LAW
                                      CORPORATION
19

20

21                                      By_____/S/_____
                                           CLIFFORD E. HIRSCH
22                                       Attorneys for Defendants
                                         GEORGE S. ALBOFF AND
23                                       EFI GLOBAL INC.

24

25

26

27
                                         4

Dated:  May 10, 2006                          HOLLAND & KNIGHT LLP


                                              By_____/S/_____
                                              DAVID M. GONDEN
                                              Attorneys for Defendants
                                              ACCREDITED HOME LENDERS, INC. AND
                                              COUNTRYWIDE HOME LOANS, INC.



          I hereby attest that I have on file all holographic signatures indicated by a

"conformed" signature (/S/) within this efiled document.


Dated:  May 10, 2006


                                              By_____/S/_____
                                              CHAD A. SCHWARTZ
                                               Attorney At Law
                                              Attorney for Defendants
                                              RUST, ARMENIS & SCHWARTZ, A
                                              PROFESSIONAL CORPORATION, AND
                                              SCOTT D. SCHWARTZ


          **IT IS SO ORDERED.**

DATED: ___May 15, 2006___

                                              _____
                                              HON. MAXINE M. CHESNEY
                                              United States District Judge

Stipulation To Time For Defendants to File
A Response To First Amended Complaint And Order          Case No. C-06-1909 MMC