CHAD A. SCHWARTZ (S.B. #102554)
Attorney at Law
3610 American River Drive, Suite 112
Sacramento, California 95864
Telephone: (916) 716-9820
Facsimile: (916) 419-5400
Email: chadallan@aol.com

Attorneys for Defendants
RUST, ARMENIS & SCHWARTZ AND
SCOTT D. SCHWARTZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LaRell Franklin, individually and as executor and testamentary trustee of the Estate of Maggie Ivory, LaRon Franklin, Deborah Spade, Lisa Lemmons, Dorothy Sewell, as guardian of the estate of her wards, Amber Franklin, Deaneer Franklin and Coti Alexander<br><br>Plaintiffs,<br><br>vs.<br><br>Allstate Corporation, Allstate Insurance Company, Allstate Indemnity Company, Allstate Property and Casualty Company, Kathie Pardi, Richard K. Reney, Andrew Aspergren, Scott D. Schwartz, Esq., Rust, Armenis & Schwartz, Nicki Nicolai, George S. Alboff, EFI Engineering and Fire Investigations, Accredited Home Lenders, Inc., and Countrywide Home Loans, Inc., CRS Temporary Housing, Nemisio (Jun) Ramos, Roy Granlund<br><br>Defendants. | Case No. C-06-1909 MMC<br><br>STIPULATION TO CHANGE DATE FOR CASE MANAGEMENT CONFERENCE; ORDER THEREON<br><br>Dept.: Ctrm 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney |

On June 29, 2006, the Court issued an order dismissing plaintiffs' complaint and vacating the July 7, 2006 hearing. The order provided plaintiffs leave to amend the complaint by July 28, 2006.

The case management conference is presently scheduled for July 21, 2006. The parties signing this stipulation request a continuance of the case management conference to October 6, 2006. The parties also request that the deadlines referred to in the Court's Order Setting Initial Case Management Conference and ADR Deadlines be continued as follows:

September 29, 2006: Last day to:
- meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan
- file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference

September 29, 2006: Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file/serve Rule 26(f) Report.

Dated: July 13, 2006

COTTER & DEL CARLO

By__________/S/__________
RICHARD A. CANATELLA
Attorneys for Plaintiffs
LaRELL FRANKLIN, individually and as executor and testamentary trustee of the Estate of Maggie Ivory, LaRON FRANKLIN, DEBORAH SPADE, LISA LEMMONS, DOROTHY SEWELL, as guardian of the estate of her wards, AMBER FRANKLIN, DEANEER FRANKLIN and COTI ALEXANDER

Dated: July 13, 2006

By__________/S/___________
CHAD A. SCHWARTZ
Attorney At Law
Attorney for Defendants
RUST, ARMENIS & SCHWARTZ, A PROFESSIONAL CORPORATION, AND SCOTT D. SCHWARTZ

Dated: July 12, 2006

SONNENSCHEIN, NATH AND ROSENTHAL LLP

By__________/S/___________
KIMBERLY DeHOPE
Attorneys for Defendants
ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY AND CASUALTY COMPANY, KATHIE PARDI, RICHARD K. RENEY, ANDREW ASPERGREN, AND NICKI NICOLAI

Dated: July 13, 2006

CLIFFORD HIRSCH, A PROFESSIONAL LAW CORPORATION

By__________/S/___________
CLIFFORD E. HIRSCH
Attorneys for Defendants
GEORGE S. ALBOFF AND EFI GLOBAL INC.

Dated: July 13, 2006

HOLLAND & KNIGHT LLP

By /S/
DAVID M. GONDEN
Attorneys for Defendants
ACCREDITED HOME LENDERS, INC. AND
COUNTRYWIDE HOME LOANS, INC.

I hereby attest that I have on file all holographic signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: July 13, 2006

By /S/
CHAD A. SCHWARTZ
Attorney At Law
Attorney for Defendants
RUST, ARMENIS & SCHWARTZ, A
PROFESSIONAL CORPORATION, AND
SCOTT D. SCHWARTZ

**IT IS SO ORDERED.**

DATED: July 14, 2006

HON. MAXINE M. CHESNEY
United States District Judge