United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaRELL FRANKLIN, et al., | No. C-06-1909 MMC |
| Plaintiffs, | **ORDER DIRECTING ALLSTATE AND EFI DEFENDANTS TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
| v. | |
| ALLSTATE CORPORATION et al., | |
| Defendants. | |
| _____ / | |

On August 18, 2006, defendants Accredited Home Lenders, Inc. and Countrywide Home Loans, Inc. ("Accredited defendants") electronically filed their reply in support of their motion to dismiss. On the same date, defendants EFI Engineering and Fire Investigations and George S. Alboff ("EFI defendants") electronically filed their reply in support of their separate motion to dismiss. The Accredited and EFI defendants have violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

The Accredited and EFI defendants are hereby ORDERED to comply with General Order 45 and the Court's standing orders by immediately submitting chambers copies of

1 the above-referenced documents.  The Accredited and EFI defendants are hereby advised
2 that if either of them fails in the future to comply with the Court's order to provide chambers
3 copies of electronically-filed documents, the Court may impose sanctions on the
4 noncomplying party, including, but not limited to, striking from the record any electronically-
5 filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: August 28, 2006

MAXINE M. CHESNEY
United States District Judge