IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaRELL FRANKLIN, et al., | No. C-06-1909 MMC |
| Plaintiffs, | **ORDER VACATING HEARING ON MOTIONS TO DISMISS** |
| v. | |
| ALLSTATE CORPORATION et al., | (Docket Nos. 69, 72, 74, 77) |
| Defendants. | |

Before the Court are four motions to dismiss filed, respectively, by (1) EFI Global, Inc. and George S. Alboff; (2) Rust, Armenis & Schwartz and Scott D. Schwartz; (3) Accredited Home Lenders, Inc. and Countrywide Home Loans, Inc.; and (4) Allstate Indemnity Company, Kathie Pardi, Richard K. Reney, Andrew Aspergren, and Nicki Nicolai. Having considered the papers filed in support of and in opposition to the motions, the Court finds the matters appropriate for resolution without oral argument, see Civil L.R. 7-1(b), and hereby VACATES the September 1, 2006 hearing.

**IT IS SO ORDERED.**

Dated: August 28, 2006

MAXINE M. CHESNEY
United States District Judge