1  CHAD A. SCHWARTZ (S.B. #102554)
   Attorney at Law
2  3610 American River Drive, Suite 112
3  Sacramento, California 95864
   Telephone: (916) 716-9820
4  Facsimile: (916) 419-5400
   Email: chadallan@aol.com
5

6  Attorneys for Defendants
   RUST, ARMENIS & SCHWARTZ AND
7  SCOTT D. SCHWARTZ

8                   UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

| | |
|---|---|
| LaRell Franklin, individually and as executor and testamentary trustee of the Estate of Maggie Ivory, LaRon Franklin, Deborah Spade, Lisa Lemmons, Dorothy Sewell, as guardian of the estate of her wards, Amber Franklin, Deaneer Franklin and Coti Alexander | Case No. C-06-1909 MMC <br><br> STIPULATION TO CHANGE DATE FOR CASE MANAGEMENT CONFERENCE <br><br> Dept.: Ctrm 7, 19th Floor <br> Judge: Hon. Maxine M. Chesney |
| Plaintiffs, | |
| vs. | |
| Allstate Insurance Company, Kathie Pardi, Richard K. Reney, Andrew Aspergren, Scott D. Schwartz, Esq., Rust, Armenis & Schwartz, Nicki Nicolai, George S. Alboff, EFI Engineering and Fire Investigations, Accredited Home Lenders, Inc., and Countrywide Home Loans, Inc., and Roy Granlund | |
| Defendants. | |

1

Stipulation To Change Date For Case Management Conference        Case No. C-06-1909 MMC

1  The case management conference is presently scheduled for October 6,
2  2006. The parties signing this stipulation request a continuance of the case management
3  conference to January 12, 2007. The parties also request that the deadlines referred to in
4  the Court's Order Setting Initial Case Management Conference and ADR Deadlines be
5  continued as follows:

January 5, 2007:   Last day to:
- meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan
- file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference

January 5, 2007:   Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file/serve Rule 26(f) Report.


Dated:  September 21, 2006

                          COTTER & DEL CARLO


                          By_____/S/_____
                           RICHARD A. CANATELLA
                          Attorneys for Plaintiffs
                          LaRELL FRANKLIN, individually and as executor and testamentary trustee of the Estate of Maggie Ivory, LaRON FRANKLIN, DEBORAH SPADE, LISA LEMMONS, DOROTHY SEWELL, as guardian of the estate of her wards, AMBER FRANKLIN, DEANEER FRANKLIN and COTI ALEXANDER

1  Dated: September 22, 2006

                                By_____/S/_____
                                  CHAD A. SCHWARTZ
                                  Attorney At Law
                                Attorney for Defendants
                                RUST, ARMENIS & SCHWARTZ, A
                                PROFESSIONAL CORPORATION, AND
                                SCOTT D. SCHWARTZ


Dated: September 21, 2006       SONNENSCHEIN, NATH AND ROSENTHAL
                                LLP



                                By_____/S/_____
                                  KIMBERLY DeHOPE
                                Attorneys for Defendants
                                ALLSTATE INSURANCE COMPANY, KATHIE
                                PARDI, RICHARD K. RENEY, ANDREW
                                ASPERGREN, AND NICKI NICOLAI


Dated: September 21, 2006       CLIFFORD HIRSCH, A PROFESSIONAL LAW
                                CORPORATION



                                By_____/S/_____
                                  CLIFFORD E. HIRSCH
                                Attorneys for Defendants
                                GEORGE S. ALBOFF AND
                                EFI GLOBAL INC.

1  Dated: September 22, 2006          HOLLAND & KNIGHT LLP

2

3

4                                                 By_____/S/_____
                                                  DAVID M. GONDEN
5                                                 Attorneys for Defendants
                                                  ACCREDITED HOME LENDERS, INC. AND
6                                                 COUNTRYWIDE HOME LOANS, INC.

7
        I hereby attest that I have on file all holographic signatures indicated by a
8    "conformed" signature (/S/) within this efiled document.

9   Dated: September 22, 2006

10

11

12                                                By_____/S/_____
                                                    CHAD A. SCHWARTZ
13                                                  Attorney At Law
                                                  Attorney for Defendants
14                                                RUST, ARMENIS & SCHWARTZ, A
                                                  PROFESSIONAL CORPORATION, AND
15                                                SCOTT D. SCHWARTZ

16

17

18

19

20

21       In light of the submission of defendants' motions to dismiss,
        **IT IS SO ORDERED.**
22

23   DATED: _September 27, 2006

24                                                _____

25                                                  HON. MAXINE M. CHESNEY
                                                  United States District Judge
26

27

4
Stipulation To Change Date For Case Management Conference          Case No. C-06-1909 MMC