CHAD A. SCHWARTZ (S.B. #102554)
Attorney at Law
3610 American River Drive, Suite 112
Sacramento, California 95864
Telephone:  (916) 716-9820
Facsimile:   (916) 419-5400
Email:   chadallan@aol.com

Attorneys for Defendants
RUST, ARMENIS & SCHWARTZ AND
SCOTT D. SCHWARTZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LaRell Franklin, individually and as executor and testamentary trustee of the Estate of Maggie Ivory, LaRon Franklin, Deborah Spade, Lisa Lemmons, Dorothy Sewell, as guardian of the estate of her wards, Amber Franklin, Deaneer Franklin and Coti Alexander<br><br>Plaintiffs,<br><br>vs.<br><br>Allstate Insurance Company, Kathie Pardi, Richard K. Reney, Andrew Aspergren, Scott D. Schwartz, Esq., Rust, Armenis & Schwartz, Nicki Nicolai, George S. Alboff, EFI Engineering and Fire Investigations, Accredited Home Lenders, Inc., and Countrywide Home Loans, Inc., and Roy Granlund<br><br>Defendants. | Case No. C-06-1909 MMC<br><br>STIPULATION TO CHANGE DATE FOR CASE MANAGEMENT CONFERENCE ; ORDER THEREON<br><br>Dept.: Ctrm 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney |

The case management conference is presently scheduled for January 12, 2007.  The parties signing this stipulation request a continuance of the case management conference to April 6, 2007.  The parties also request that the deadlines referred to in the Court's Order Setting Initial Case Management Conference and ADR Deadlines be continued as follows:

March 30, 2007:     Last day to:
- meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan
- file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference

March 30, 2007:     Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file/serve Rule 26(f) Report.

Dated:  December 28, 2006

          COTTER & DEL CARLO


          By_____/S/_____
            RICHARD A. CANATELLA
          Attorneys for Plaintiffs
          LaRELL FRANKLIN, individually and as executor and testamentary trustee of the Estate of Maggie Ivory, LaRON FRANKLIN, DEBORAH SPADE, LISA LEMMONS, DOROTHY SEWELL, as guardian of the estate of her wards, AMBER FRANKLIN, DEANEER FRANKLIN and COTI ALEXANDER

Dated:  December 28, 2006

By_____/S/_____
  CHAD A. SCHWARTZ
  Attorney At Law
Attorney for Defendants
RUST, ARMENIS & SCHWARTZ, A PROFESSIONAL CORPORATION, AND SCOTT D. SCHWARTZ

Dated:  December 28, 2006                SONNENSCHEIN, NATH AND ROSENTHAL LLP

By_____/S/_____
  KIMBERLY DeHOPE
Attorneys for Defendants
ALLSTATE INSURANCE COMPANY, KATHIE PARDI, RICHARD K. RENEY, ANDREW ASPERGREN, AND NICKI NICOLAI

Dated:  December 28, 2006                CLIFFORD HIRSCH, A PROFESSIONAL LAW CORPORATION

By_____/S/_____
  CLIFFORD E. HIRSCH
Attorneys for Defendants
GEORGE S. ALBOFF AND
EFI GLOBAL INC.

1  I hereby attest that I have on file all holographic signatures indicated by a
2  "conformed" signature (/S/) within this efiled document.

3  Dated: December 28, 2006

By_____
CHAD A. SCHWARTZ
Attorney At Law
Attorney for Defendants
RUST, ARMENIS & SCHWARTZ, A
PROFESSIONAL CORPORATION, AND
SCOTT D. SCHWARTZ

**IT IS SO ORDERED.**
January 2, 2007
DATED: ~~December 28, 2006~~

_____
HON. MAXINE M. CHESNEY
United States District Judge