Dated: January 8, 2007



1  RICHARD A. CANATELLA (SB # 53264)
2  RONALD M. TORAN (SB # 84027)
   Cotter & Del Carlo
3  4610 Mission Street, Suite 203
   San Francisco, CA 94112
4  (415) 584-5446
   (415) 584-5447 FAX
5
   Attorneys for Plaintiffs
6

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| LaRELL FRANKLIN, individually and as executor and testamentary trustee of the Estate of Maggie Ivory, LaRON FRANKLIN, DEBORAH SPADE, LISA LEMMONS, DOROTHY SEWELL, as guardian of the estate of her wards, AMBER FRANKLIN, DEANEER FRANKLIN and COTI ALEXANDER,<br><br>     Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, KATHIE PARDI, RICHARD K. RENEY, ANDREW ASPERGREN, SCOTT D. SCHWARTZ, ESQ., RUST, ARMENIS & SCHWARTZ, NICKI NICOLAI, GEORGE S. ALBOFF, EFI GLOBAL, INC., ENGINEERING AND FIRE INVESTIGATIONS, ACCREDITED HOME LENDERS, INC., and COUNTRYWIDE HOME LOANS, INC., and ROY GRANLUND,<br><br>     Defendants.<br>_____/ | **No. C-06-1909 MMC**<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE OF SECOND AMENDED COMPLAINT PER SETTLEMENT WITH ACCREDITED HOME LENDERS, INC., AND COUNTRYWIDE HOME LOANS ONLY**<br><br>**Courtroom: 7 - 19th Floor**<br><br>**450 Golden Gate Avenue<br>San Francisco CA 94102** |

**VOLUNTARY DISMISSAL, ETC.**

1  **TO THE CLERK OF COURT:**

2  Plaintiffs LaRELL FRANKLIN, individually and as executor and testamentary trustee of the Estate of Maggie Ivory, LaRON FRANKLIN, DEBORAH SPADE, LISA LEMMONS, DOROTHY SEWELL, as guardian of the estate of her wards, AMBER FRANKLIN, DEANEER FRANKLIN and COTI ALEXANDER voluntarily DISMISS **WITH PREJUDICE** the Second Amended Complaint per Settlement Agreement as to **ACCREDITED HOME LENDERS, INC., and COUNTRYWIDE HOME LOANS, INC.**, only.  The dismissal with prejudice is pursuant to Fed.R.Civ.P, rule 41(a)(1)(i).  The foregoing defendants have not filed an answer or motion for summary judgment and Plaintiffs have previously dismissed this action based on or including the same claims and causes of action against them without prejudice.  See *Cooter & Gell v. Harmarx Corp.*, 496 U.S. 384, 394 (1990).

Dated: January 5, 2007

                                    COTTER & DEL CARLO

                                    By: Richard A. Canatella