1  CHAD A. SCHWARTZ (S.B. #102554)
   Attorney at Law
2  3610 American River Drive, Suite 112
3  Sacramento, California 95864
   Telephone:  (916) 716-9820
4  Facsimile:  (916) 419-5400
   Email:  chadallan@aol.com
5

6  Attorneys for Defendants
   RUST, ARMENIS & SCHWARTZ AND
7  SCOTT D. SCHWARTZ

8                UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10
                                              )  Case No. C-06-1909 MMC
11  LaRell Franklin, individually and as executor )
    and testamentary trustee of the Estate of    )  STIPULATION TO CHANGE
12  Maggie Ivory, LaRon Franklin, Deborah        )  DATE FOR CASE
    Spade, Lisa Lemmons, Dorothy Sewell, as      )  MANAGEMENT CONFERENCE ;
13  guardian of the estate of her wards, Amber   )  ORDER THEREON
    Franklin, Deaneer Franklin and Coti          )
14  Alexander                                    )
                                                 )  Dept.: Ctrm 7, 19th Floor
15                                               )  Judge: Hon. Maxine M.
                    Plaintiffs,                  )        Chesney
16                                               )
                vs.                              )
17                                               )
                                                 )
18  Allstate Insurance Company, Kathie Pardi,    )
    Richard K. Reney, Andrew Aspergren, Scott    )
19  D. Schwartz, Esq., Rust, Armenis & Schwartz, )
    Nicki Nicolai, George S. Alboff, EFI         )
20  Engineering and Fire Investigations,         )
    Accredited Home Lenders, Inc., and           )
21  Countrywide Home Loans, Inc., and Roy        )
    Granlund                                     )
22                                               )
                                                 )
23                  Defendants.                  )
    _____
24

25

26

27

                                1
Stipulation To Change Date For Case Management Conference     Case No. C-06-1909 MMC

1   The case management conference is presently scheduled for April 6, 2007.
2   The parties signing this stipulation request a continuance of the case management
3   conference to July 6, 2007.  The parties also request that the deadlines referred to in the
4   Court's Order Setting Initial Case Management Conference and ADR Deadlines be
5   continued as follows:

June 29, 2007: Last day to:
- meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan
- file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference

June 29, 2007:    Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file/serve Rule 26(f) Report.

Dated:  March 25, 2007

                          COTTER & DEL CARLO

                          By_____/S/_____
                           RICHARD A. CANATELLA
                          Attorneys for Plaintiffs
                          LaRELL FRANKLIN, individually and as executor and testamentary trustee of the Estate of Maggie Ivory, LaRON FRANKLIN, DEBORAH SPADE, LISA LEMMONS, DOROTHY SEWELL, as guardian of the estate of her wards, AMBER FRANKLIN, DEANEER FRANKLIN and COTI ALEXANDER

1 | Dated: March 26, 2007

By_____/S/_____
  CHAD A. SCHWARTZ
  Attorney At Law
Attorney for Defendants
RUST, ARMENIS & SCHWARTZ, A
PROFESSIONAL CORPORATION, AND
SCOTT D. SCHWARTZ

Dated: March 26, 2007        SONNENSCHEIN, NATH AND ROSENTHAL
                             LLP


By_____/S/_____
  KIMBERLY DeHOPE
Attorneys for Defendants
ALLSTATE INSURANCE COMPANY, KATHIE
PARDI, RICHARD K. RENEY, ANDREW
ASPERGREN, AND NICKI NICOLAI

Dated: March 26, 2007        CLIFFORD HIRSCH, A PROFESSIONAL LAW
                             CORPORATION


By_____/S/_____
  CLIFFORD E. HIRSCH
Attorneys for Defendants
GEORGE S. ALBOFF AND
EFI GLOBAL INC.

1  I hereby attest that I have on file all holographic signatures indicated by a
2  "conformed" signature (/S/) within this efiled document.

3  Dated:  March 26, 2007

By_____
  CHAD A. SCHWARTZ
  Attorney At Law
Attorney for Defendants
RUST, ARMENIS & SCHWARTZ, A
PROFESSIONAL CORPORATION, AND
SCOTT D. SCHWARTZ

**IT IS SO ORDERED.**

DATED: March 28, 2007

_____
  HON. MAXINE M. CHESNEY
  United States District Judge