CHAD A. SCHWARTZ (S.B. #102554)
Attorney at Law
3610 American River Drive, Suite 112
Sacramento, California 95864
Telephone:  (916) 716-9820
Facsimile:   (916) 419-5400
Email:  chadallan@aol.com

Attorneys for Defendants
RUST, ARMENIS & SCHWARTZ AND
SCOTT D. SCHWARTZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LaRell Franklin, individually and as executor and testamentary trustee of the Estate of Maggie Ivory, LaRon Franklin, Deborah Spade, Lisa Lemmons, Dorothy Sewell, as guardian of the estate of her wards, Amber Franklin, Deaneer Franklin and Coti Alexander<br><br>Plaintiffs,<br><br>vs.<br><br>Allstate Insurance Company, Kathie Pardi, Richard K. Reney, Andrew Aspergren, Scott D. Schwartz, Esq., Rust, Armenis & Schwartz, Nicki Nicolai, George S. Alboff, EFI Engineering and Fire Investigations, Accredited Home Lenders, Inc., and Countrywide Home Loans, Inc., and Roy Granlund<br><br>Defendants. | Case No. C-06-1909 MMC<br><br>STIPULATION TO CHANGE DATE FOR CASE MANAGEMENT CONFERENCE ; ORDER THEREON<br><br>Dept.: Ctrm 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney |

1  The case management conference is presently scheduled for July 6, 2007.
2  The parties signing this stipulation request a continuance of the case management
3  conference to October 5, 2007.  The parties also request that the deadlines referred to in
4  the Court's Order Setting Initial Case Management Conference and ADR Deadlines be
5  continued as follows:

| | |
|---|---|
| September 28, 2007: | Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan and file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| September 28, 2007: | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file/serve Rule 26(f) Report. |

Dated:  June 16, 2007            COTTER & DEL CARLO


By_____/S/_____
  RICHARD A. CANATELLA
Attorneys for Plaintiffs
LaRELL FRANKLIN, individually and as executor and testamentary trustee of the Estate of Maggie Ivory, LaRON FRANKLIN, DEBORAH SPADE, LISA LEMMONS, DOROTHY SEWELL, as guardian of the estate of her wards, AMBER FRANKLIN, DEANEER FRANKLIN and COTI ALEXANDER

1
2
3   Dated: June 20, 2007          By_____/S/_____
                                        CHAD A. SCHWARTZ
4                                     Attorney At Law
                                      Attorney for Defendants
5                                     RUST, ARMENIS & SCHWARTZ, A
                                      PROFESSIONAL CORPORATION, AND
6                                     SCOTT D. SCHWARTZ
7
8   Dated: June 20, 2007          SONNENSCHEIN, NATH AND ROSENTHAL
                                  LLP
9
10
11                                     By_____/S/_____
                                         KIMBERLY DeHOPE
12                                     Attorneys for Defendants
                                       ALLSTATE INSURANCE COMPANY, KATHIE
13                                     PARDI, RICHARD K. RENEY, ANDREW
                                       ASPERGREN, AND NICKI NICOLAI
14
15
16  Dated: June 18, 2007          CLIFFORD HIRSCH, A PROFESSIONAL LAW
                                  CORPORATION
17
18
19                                     By_____/S/_____
                                         CLIFFORD E. HIRSCH
20                                     Attorneys for Defendants
                                       GEORGE S. ALBOFF AND
21                                     EFI GLOBAL INC.
22
23
24
25
26
27

1 | I hereby attest that I have on file all holographic signatures indicated by a "conformed" signature (/S/) within this efiled document.

2

3 | Dated: June 20, 2007

By_____
  CHAD A. SCHWARTZ
  Attorney At Law
  Attorney for Defendants
  RUST, ARMENIS & SCHWARTZ, A
  PROFESSIONAL CORPORATION, AND
  SCOTT D. SCHWARTZ

**IT IS SO ORDERED.**

DATED: June 22, 2007

_____
HON. MAXINE M. CHESNEY
United States District Judge