1  CHAD A. SCHWARTZ (S.B. #102554)
   Attorney at Law
2  3610 American River Drive, Suite 112
3  Sacramento, California 95864
   Telephone:  (916) 716-9820
4  Facsimile:  (916) 419-5400
   Email:  chadallan@aol.com
5

6  Attorneys for Defendants
   RUST, ARMENIS & SCHWARTZ AND
7  SCOTT D. SCHWARTZ

8                        UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10                                              )  Case No. C-06-1909 MMC
11 LaRell Franklin, individually as executor    )
   and testamentary trustee of the Estate of    )  STIPULATION TO EXTEND
12 Maggie Ivory, LaRon Franklin, Deborah        )  TIME TO ANSWER SECOND
   Spade, Lisa Lemmons, Dorothy Sewell, as      )  AMENDED COMPLAINT
13 guardian of the estate of her wards, Amber   )
   Franklin, Deaneer Franklin and Coti          )
14 Alexander                                    )  Dept.:  Ctrm 7, 19th Floor
15                                              )  Judge:  Hon. Maxine M.
                       Plaintiffs,              )          Chesney
16                                              )
                 vs.                            )
17                                              )
                                                )
18 Allstate Insurance Company, Kathie Pardi,    )
   Richard K. Reney, Andrew Aspergren, Scott    )
19 D. Schwartz, Esq., Rust, Armenis & Schwartz, )
   Nicki Nicolai, George S. Alboff, EFI         )
20 Engineering and Fire Investigations,         )
   Accredited Home Lenders, Inc., and           )
21 Countrywide Home Loans, Inc., and Roy        )
22 Granlund                                     )
                                                )
23                     Defendants.              )
   _____        )
24

25

26

27
                                        1
   Stipulation To Extend Time To Respond to Complaint    Case No. C-06-1909 MMC

The plaintiffs, and defendants, Allstate Insurance Company, Kathie Pardi, Richard K. Reney, Andrew Aspergren, Nicki Nicolai, Scott D. Schwartz, Esq., and Rust, Armenis & Schwartz, hereby agree and stipulate to allow the above referenced defendants to extend the time to respond to plaintiffs' Second Amended Complaint on or before July, 20, 2007.

The case management conference is presently scheduled on October 5, 2007 and the stipulated extension of time to respond to the Second Amended Complaint will not interfere with the scheduled case management conference date or the time table to file documents with the court prior to the scheduled case management conference as set forth in the courts case management conference scheduling order.

Dated:  July 16, 2007			COTTER & DEL CARLO


					By_____/S/_____
					  RICHARD A. CANATELLA
					Attorneys for Plaintiffs
					LaRELL FRANKLIN, individually and as executor and testamentary trustee of the Estate of Maggie Ivory, LaRON FRANKLIN, DEBORAH SPADE, LISA LEMMONS, DOROTHY SEWELL, as guardian of the estate of her wards, AMBER FRANKLIN, DEANEER FRANKLIN and COTI ALEXANDER

Dated: July 16, 2007          By_____/S/_____
                                    CHAD A. SCHWARTZ
                                    Attorney At Law
                                    Attorney for Defendants
                                    RUST, ARMENIS & SCHWARTZ, A
                                    PROFESSIONAL CORPORATION, AND
                                    SCOTT D. SCHWARTZ

Dated: July 16, 2007          SONNENSCHEIN, NATH AND ROSENTHAL
                              LLP


                              By_____/S/_____
                                    KIMBERLY DeHOPE
                                    Attorneys for Defendants
                                    ALLSTATE INSURANCE COMPANY, KATHIE
                                    PARDI, RICHARD K. RENEY, ANDREW
                                    ASPERGREN, AND NICKI NICOLAI

I hereby attest that I have on file all holographic signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: July 16, 2007

By_____
  CHAD A. SCHWARTZ
  Attorney At Law
Attorney for Defendants
RUST, ARMENIS & SCHWARTZ, A
PROFESSIONAL CORPORATION, AND
SCOTT D. SCHWARTZ

**IT IS SO ORDERED.**
    July 17, 2007
DATED: ~~July 16, 2007~~

_____
  HON. MAXINE M. CHESNEY
  United States District Judge