Dated: July 23, 2007

1  ROBERT J. ROMERO (SBN: 136539)
   CASSIDY E. CHIVERS (SBN: 203043)
2  KARA E. FARMER (SBN: 233373)
   rromero@hinshawlaw.com
3  cchivers@hinshawlaw.com
   kfarmer@hinshawlaw.com
4  HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor
5  San Francisco, CA 94111
   Telephone:   415-362-6000
6  Facsimile:   415-834-9070

7  Attorneys for Defendants
   SCOTT D. SCHWARTZ, ESQ., RUST,
8  ARMENIS & SCHWARTZ



IT IS SO ORDERED
Judge Maxine M. Chesney

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                SAN FRANCISCO DIVISION

12 LaRELL FRANKLIN, individually and as      ) Case No:  C-06-1909 MMC
   executor and testamentary trustee of the  )
13 Estate of Maggie Ivory, LaRON             ) NOTICE OF SUBSTITUTION OF
   FRANKLIN, DEBORAH SPADE, LISA             ) ATTORNEYS
14 LEMMONS, DOROTHY SEWELL, as               )
   guardian of the estate of her wards, AMBER) Hon. Hon. Maxine M. Chesney
15 FRANKLIN, DEANEER FRANKLIN and            )
   COTI ALEXANDER,                           )
16                                           )
              Plaintiffs,                    ) Trial Date:       TBD
17                                           )
       vs.                                   )
18                                           )
   ALLSTATE CORPORATION,                     )
19 ALLSTATE INSURANCE COMPANY,               )
   ALLSTATE INDEMNITY COMPANY,               )
20 ALLSTATE PROPERTY AND                     )
   CASUALTY COMPANY, KATHIE                  )
21 PARDI, RICHARD K. RENEY, ANDREW           )
   ASPERGREN, SCOTT D. SCHWARTZ,             )
22 ESQ., RUST, ARMENIS & SCHWARTZ,           )
   NICKI NICOLAI, GEORGE S. ALBOFF,          )
23 EFI ENGINEERING AND FIRE                  )
   INVESTIGATIONS, ACCREDITED                )
24 HOME LENDERS, INC., and                   )
   COUNTRYWIDE HOME LOANS, INC.,             )
25 CRS TEMPORARY HOUSING, NEMISIO            )
   (JUN) RAMOS ROY GRANLUND; and             )
26 DOES 1 through 100, inclusive,            )
                                             )
27            Defendants.                    )

28 _____

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      Defendants Scott D. Schwartz, Esq. and Rust, Armenis & Schwartz (collectively

3  "Schwartz") substitutes Robert J. Romero, Cassidy E. Chivers, and Kara E. Farmer of

4  Hinshaw & Culbertson LLP, as their counsel of record in the above-captioned matter.

5  The office address and telephone number of substituted counsel is:

6  Robert J. Romero
   Cassidy E. Chivers
7  Kara E. Farmer
   Hinshaw & Culbertson LLP
8  One California Street, 18th Floor
   San Francisco, CA 94111
9  Telephone: (415) 362-6000
   Facsimile: (415) 834-9070
10

11     Scott D. Schwartz and Rust, Armenis & Schwartz consent to the above

12 substitution.

13     Dated: July 19, 2007

14                                                      BY: Scott D. Schwartz, Esq.

15

16     Dated: July 19, 2007               Rust, Armenis & Schwartz

17

18                                                      BY: Scott D. Schwartz, Esq.
19                                                      Partner of Rust, Armenis & Schwartz

20

   I, Chad A. Schwartz consent to the above substitution.
21     Dated: July 19, 2007

22                                                      Chad A. Schwartz

23

24 I, Robert J. Romero, accept the above substitution.

25     Dated: July __, 2007

26                                                      Robert J. Romero
                                                        Hinshaw & Culbertson, LLP

27

28

1  I, Cassidy E. Chivers, accept the above substitution.
2  Dated: July 19, 2007

                                            Cassidy E. Chivers
3                                           Hinshaw & Culbertson LLP

4  I, Kara E. Farmer, accept the above substitution.
5  Dated: July 19, 2007

                                            Kara E. Farmer
6                                           Hinshaw & Culbertson LLP

7  RESPECTFULLY SUBMITTED.

8  DATED: July 19, 2007                     HINSHAW & CULBERTSON LLP

                                            By: _____
                                            Robert J. Romero
                                            Cassidy E. Chivers
                                            Kara E. Farmer
                                            Attorneys for Defendants
                                            SCOTT D. SCHWARTZ, ESQ., RUST,
                                            ARMENIS & SCHWARTZ

---

3

NOTICE OF SUBSTITUTION OF ATTORNEYS BY DEFENDANTS SCOTT D. SCHWARTZ AND RUST,
ARMENIS & SHWARTZ – CASE NO. C-06-1909 MMC