ROBERT J. ROMERO (SBN: 136539)
CASSIDY E. CHIVERS (SBN: 203043)
KARA E. FARMER (SBN: 233373)
rromero@hinshawlaw.com
cchivers@hinshawlaw.com
kfarmer@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street
18th Floor
San Francisco, CA 94111
Telephone: 415-362-6000
Facsimile: 415-834-9070

Attorneys for Defendants
SCOTT D. SCHWARTZ, ESQ., RUST,
ARMENIS & SCHWARTZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LaRELL FRANKLIN, individually and as executor and testamentary trustee of the Estate of Maggie Ivory, LaRON FRANKLIN, DEBORAH SPADE, LISA LEMMONS, DOROTHY SEWELL, as guardian of the estate of her wards, AMBER FRANKLIN, DEANEER FRANKLIN and COTI ALEXANDER,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY AND CASUALTY COMPANY, KATHIE PARDI, RICHARD K. RENEY, ANDREW ASPERGREN, SCOTT D. SCHWARTZ, ESQ., RUST, ARMENIS & SCHWARTZ, NICKI NICOLAI, GEORGE S. ALBOFF, EFI ENGINEERING AND FIRE INVESTIGATIONS, ACCREDITED HOME LENDERS, INC., and COUNTRYWIDE HOME LOANS, INC., CRS TEMPORARY HOUSING, NEMISIO (JUN) RAMOS ROY GRANLUND; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: C-06-1909 MMC<br><br>~~PROPOSED~~ ORDER RE MOTION TO EXTEND DEADLINE TO COMPLETE ENE [ADR LOCAL 5.5]<br><br>Hon. Maxine M. Chesney |

1

1     The duly noticed Motion to Extend Deadline to Complete ENE came on regularly.
2 The Court has considered the submissions, and good cause appearing,
3     IT IS ORDERED that the deadline to complete the ENE is extended to April 11,
4 2008.

6 DATED: January 10, 2008

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

2

PROPOSED ORDER
CASE NO. C-06-1909 MMC