IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LaRELL FRANKLIN, et al.,

    Plaintiffs,

  v.

ALLSTATE CORPORATION et al.,

    Defendant

                              /

No. C-06-1909 MMC

**ORDER RE: MINORS' COMPROMISE; SETTING HEARING**

    The Court is in receipt of the Supplemental Declaration of plaintiffs' counsel, Richard A. Canatella, filed January 3, 2008 in support of the Second Amended Petition for Approval of Minors' Compromise.

    In said declaration, counsel represents that the share of the settlement proceeds allocated collectively to the two minor plaintiffs (Deaneer Mona Franklin and Coti Alexander Franklin) and one former minor plaintiff (Ambra Franklin) is $37,500. See Supplemental Declaration ¶¶ 5, 6 (stating each of said plaintiff's net share of the settlement funds is $10,000, for a net total of $30,000, and each of said plaintiff's share of the attorney's fees is $2500, for a total of $7500).

    As each of said plaintiff's net share is equal to that of the others, as is the amount of

said attorney's fees attributable thereto, see id., counsel represents, in effect, that the gross settlement allocated to each of the minor plaintiffs is $12,500 and the net settlement after attorney's fees is $10,000.  Based on counsel's representations, the attorney's fees allocated to each minor's settlement would be 20% of each such settlement, as compared to approximately 33⅓% attributable to the balance of the settlement funds.[1]

In the Second Amended Petition, however, counsel represents that the attorney's fees and expenses were deducted at the outset from the total settlement amount of $150,000, leaving a balance of $90,000, which, in turn, was divided equally among the three groups of heirs.

Accordingly, the Court hereby sets a hearing on the Second Amended Petition for Approval of Minors' Compromise, said hearing to be conducted on February 8, 2008 at 9:00 a.m.  In conjunction with the hearing, should petitioner wish to clarify the above-referenced apparent discrepancy by submitting a further declaration, any such declaration shall be filed no later than February 1, 2008.

**IT IS SO ORDERED.**

Dated: January 18, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] The latter percentage is calculated based on counsel's representation in his Supplemental Declaration that the shares payable to Lisa Lemmons and Deborah Spade are "net of the distributees' allocable shares of attorney's fees." See Supp. Dec. ¶ 3.  In the Second Amended Petition, counsel suggests no attorney's fees were allocated to those shares.  See SAP ¶ 8 ("[A]fter deducting Plaintiffs' attorney's fees and payment of an agreed share of the property damage claims of Lisa Lemmons and Deborah Spade from the settlement amount, ninety thousand ($90,000) remained. . . .").

2