IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaRELL FRANKLIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE CORPORATION et al., <br><br> Defendant <br> _____/ | No. C-06-1909 MMC <br><br> **ORDER AFFORDING PETITIONER OPPORTUNITY TO FILE AMENDED PROPOSED ORDER FOR APPROVAL OF MINORS' SETTLEMENT** |

    The Court is in receipt of the Second Supplemental Declaration of Richard A. Canatella, in which counsel explains that certain representations previously made to the Court were in error. Counsel further explains that the net settlement payable to each of the minor plaintiffs, as well as to the former minor plaintiff, is $11,250, rather than $10,000, the total of such net payments, $33,750, representing a gross settlement in the amount of $45,000 for such group of plaintiff heirs, which sum is equivalent to that allocated to each of the other two plaintiff heirs, the difference in the net settlement sums reflecting a difference in the percentages of the gross settlements allocated to attorneys fees (25% to the minor and former minor plaintiff heirs and 33⅓% to the remaining two plaintiff heirs).

    The above-described minors' compromise is acceptable to the Court.

    Accordingly, no later than February 1, 2008, petitioner shall submit an Amended

Proposed Order Approving Minors' Compromise, reflecting a net settlement in the amount of $11,250 for each of the minor plaintiffs.[1] If such Amended Proposed Order is timely submitted, the hearing currently scheduled for February 8, 2008 will be vacated.

**IT IS SO ORDERED.**

Dated: January 29, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] Additionally, to resolve the objection raised by defendants Scott Schwartz and Rust, Armenis & Schwartz, (see Defendants Scott Schwartz and Rust, Armenis & Schwartz Request for Modification of Plaintiffs' Proposed Order Approving Second Amended Petition at 3:10-14), petitioner shall insert in paragraph 4 of the Amended Proposed Order the words "by plaintiffs" following the words "all claims that were or could have been made."