# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

LaRELL FRANKLIN, etal.,

    Plaintiffs,

v.

ALLSTATE CORPORATION, etal.,

    Defendants.
_____/

**No. C-06-1909 MMC**

**ORDER APPROVING MINORS' COMPROMISE INCIDENT TO SETTLEMENT OF ACTION AGAINST ALLSTATE DEFENDANTS; VACATING HEARING**

Before the Court is the Second Amended Petition of Dorothy Sewell for Approval of Minors' Compromise Incident to Settlement of Action Against Allstate Defendants ("Second Amended Petition"), brought on behalf of minors Deaneer Mona Franklin and Coti Alexander Franklin.

The Court finds it is in the best interests of the minors that the claim be settled for the amounts stated herein; Accordingly, good cause appearing,

**IT IS ORDERED:**

1. The Second Amended Petition of Dorothy Sewell for Approval of Minors' Compromise is **GRANTED**;

2. The settlement agreement is **APPROVED** with respect to the minors' compromise contained therein.

3. The share of Deaneer Mona Franklin after payment of attorney fees shall be $11,250 and the share of Coti Alexander Franklin after payment of attorney fees shall be $11,250.

4. Petitioner Dorothy Sewell shall deposit the net shares of Deaneer Mona Franklin and Coti Alexander Franklin ($11,250 each) of the approved minors' compromise in each of two (2) separate California Uniform Trust Minors Act (CA UTMA) custodial accounts identified in the Second Amended Petition at Wells Fargo Bank - 4548 Broadway/Spring Center - Los Angeles, CA 90013, in the name of petitioner Dorothy Sewell, as custodian.

5. Allstate Insurance Company, Kathi Pardi, Richard Reney, Andrew Aspergren and Nicki Nicolai, and any of their present or former subsidiaries, parents, agents, employees and representatives (collectively the "Allstate Defendants") shall be fully **RELEASED AND DISCHARGED** from all claims by plaintiffs arising from the facts set forth in the Second Amended Complaint, in exchange for the payment of $150,000.00, payable to Petitioner's attorney's Interest On Lawyer's Trust Account ("IOLTA") account No. 1-543-0075-9193, in the name of Cotter & Del Carlo at US Bank, 4610 Mission Street, San Francisco 94112.

6. The hearing previously scheduled for February 8, 2008 is hereby VACATED.

Dated: February 4, 2008

_____
MAXINE M. CHESNEY
United States District Judge