IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LaRELL FRANKLIN, et al.,

    Plaintiffs,

  v.

ALLSTATE CORPORATION et al.,

    Defendant

                                        /

No. C-06-1909 MMC

**ORDER GRANTING IN PART PLAINTIFF'S MOTION TO RECONSIDER; APPROVING MINORS' COMPROMISE INCIDENT TO SETTLEMENT OF ACTION AGAINST ALLSTATE DEFENDANTS; VACATING HEARING**

      Before the Court is petitioner Dorothy Sewell's administrative motion filed February 5, 2008, in which petitioner requests reconsideration of the Court's order of February 5, 2008, vacating the Court's order approving the minors' compromise.

      In a declaration filed in support of such motion, petitioner clarifies she seeks to have each minor's settlement funds placed in a "blocked account." (See Declaration of Dorothy Sewell in Support of Administrative Motion ¶ 5.) Petitioner further explains she currently maintains such an account in each minor's name, which accounts were opened in connection with the distribution of funds to each minor in a state probate proceeding. (See id. ¶ 4.)

      In light of the supplemental information provided by petitioner, the Court hereby GRANTS IN PART petitioner's motion for reconsideration, and, upon reconsideration, rules

as follows.[1]

The Court finds it is in the best interests of the minors that the claim be settled for the amounts stated in the Second Amended Petition of Dorothy Sewell for Approval of Minors' Compromise Incident to Settlement of Action Against Allstate Defendants ("Second Amended Petition"), brought on behalf of minors Deaneer Mona Franklin and Coti Alexander Franklin. Accordingly, good cause appearing,

1. The Second Amended Petition is **GRANTED**.

2. The settlement agreement is **APPROVED** with respect to the minors' compromise contained therein.

3. The share of Deaneer Mona Franklin after payment of attorney fees shall be $11,250 and the share of Coti Alexander Franklin after payment of attorney fees shall be $11,250.

4. Said funds shall be held in individual blocked accounts in the names of Deaneer Mona Franklin and Coti Alexander Franklin, respectively, with petitioner Dorothy Sewell as custodian. Said accounts shall be separate and distinct from any other account maintained on behalf of said minors. Upon deposit of said funds, petitioner shall file with the Court a completed "Receipt and Acknowledgment of Order for the Deposit of Money into Blocked Account" ("Receipt"). See California Judicial Council Form MC-356.

5. A status conference with respect to the deposit of the minors' settlement funds is hereby set for March 7, 2008 at 10:30 a.m. No appearance is required if a completed Receipt is filed on or before February 29, 2008.

6. Allstate Insurance Company, Kathi Pardi, Richard Reney, Andrew Aspergren and Nicki Nicolai, and any of their present or former subsidiaries, parents, agents, employees and representatives (collectively the "Allstate Defendants") shall be fully **RELEASED AND DISCHARGED** from all claims by plaintiffs arising from the facts set forth in the Second Amended Complaint, in exchange for the payment of $150,000.00, payable to Petitioner's

---

[1] The February 8, 2008 hearing on the matter is hereby VACATED.

1 | attorney's Interest On Lawyer's Trust Account ("IOLTA") account No. 1-543-0075-9193, in
2 | the name of Cotter & Del Carlo at US Bank, 4610 Mission Street, San Francisco 94112.
3 | **IT IS SO ORDERED.**
4 | Dated: February 6, 2008
5 | MAXINE M. CHESNEY
  | United States District Judge