IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LaRELL FRANKLIN, et al.,

    Plaintiffs,

v.

ALLSTATE CORPORATION et al.,

    Defendant

_____/

No. C-06-1909 MMC

**ORDER CONTINUING STATUS CONFERENCE**

In light of the pendency of the "Motion for Determination that Settlement Between Plaintiffs and the Allstate Defendants was in Good Faith," and the representation therein that the settlement is contingent on approval of such motion, (see Mot. at 2:19-22), the status conference with respect to the deposit of the minors' settlement funds is hereby continued to May 9, 2008. No appearance at the conference is required if a completed "Receipt and Acknowledgment of Order for the Deposit of Money into Blocked Account," (see Order filed Feb. 6, 2008 at 2:13-18), is filed on or before May 2, 2008.

    **IT IS SO ORDERED.**

Dated: March 6, 2008

                                  MAXINE M. CHESNEY
                                  United States District Judge