**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LaRELL FRANKLIN, et al.,

    Plaintiffs,

  v.

ALLSTATE CORPORATION et al.,

    Defendant

_____/

No. C-06-1909 MMC

**ORDER VACATING HEARING**

Having read and considered the parties' respective submissions, the Court deems the Allstate defendants' motion for a determination of a good faith settlement appropriate for decision on the papers, and, accordingly, the hearing scheduled for March 28, 2008 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: March 26, 2008

MAXINE M. CHESNEY
United States District Judge