RICHARD CANATELLA
COTTER & DEL CARLO
4610 Mission Street, Suite 203
San Francisco, CA 94112
Telephone: (415) 584-5446
Facsimile:  (415) 584-5447

Attorneys for Plaintiffs
LARELL FRANKLIN, LARON FRANKLIN,
DEBORAH SPADE, LISA LEMMONS,
AMBRA FRANKLIN, DOROTHY SEWELL,
as guardian of the estate of her wards,
DEANEER FRANKLIN and COTI ALEXANDER

CYNTHIA L. MELLEMA (State Bar No. 122798)
PETER R. SOARES (State Bar No. 206715)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 882-5000
Facsimile:  (415) 882-0300
Email:       cmellema@sonnenschein.com
             psoares@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY,
KATHIE PARDI, RICHARD K. RENEY,
ANDREW ASPERGREN, and NICKI
NICOLAI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaRELL FRANKLIN, et al.<br><br>            Plaintiffs,<br><br>    vs.<br><br>ALLSTATE INSURANCE COMPANY, et al.<br><br>            Defendants. | No.  C 06 1909 MMC<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE ; **ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate that this action against Allstate Insurance Company, Kathie Pardi, Richard K. Reney, Andrew Aspergren and Nicki Nicolai is DISMISSED in its entirety WITH PREJUDICE. Each side shall bear its own fees and costs.

IT IS SO STIPULATED.

Dated: April 1, 2008

COTTER & DEL CARLO

By _____

RICHARD CANATELLA

Attorneys for Plaintiffs
LARELL FRANKLIN, LARON FRANKLIN, DEBORAH SPADE, LISA LEMMONS, AMBRA FRANKLIN, DOROTHY SEWELL, as guardian of the estate of her wards, DEANEER FRANKLIN and COTI ALEXANDER

Dated: April __, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

By _____

CYNTHIA MELLEMA

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY, KATHIE PARDI, RICHARD K. RENEY, ANDREW ASPERGREN, and NICKI NICOLAI

IT IS SO ORDERED.

Dated: _____

_____
Hon. Maxine M. Chesney

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate that
2  this action against Allstate Insurance Company, Kathie Pardi, Richard K. Reney, Andrew
3  Aspergren and Nicki Nicolai is DISMISSED in its entirety WITH PREJUDICE. Each side shall
4  bear its own fees and costs.
5      IT IS SO STIPULATED.

Dated: April __, 2008        COTTER & DEL CARLO

By_____
RICHARD CANATELLA

Attorneys for Plaintiffs
LARELL FRANKLIN, LARON FRANKLIN,
DEBORAH SPADE, LISA LEMMONS, AMBRA
FRANKLIN, DOROTHY SEWELL, as guardian
of the estate of her wards, DEANEER FRANKLIN
and COTI ALEXANDER

Dated: April 3, 2008        SONNENSCHEIN NATH & ROSENTHAL LLP

By_____
CYNTHIA MELLEMA

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY, KATHIE
PARDI, RICHARD K. RENEY, ANDREW
ASPERGREN, and NICKI NICOLAI

IT IS SO ORDERED.

Dated: April 3, 2008        _____
Hon. Maxine M. Chesney

CASE NO. C06-1909 MC        STIPULATION FOR DISMISSAL
WITH PREJUDICE