IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaRELL FRANKLIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE CORPORATION et al., <br><br> Defendant <br> _____/ | No. C-06-1909 MMC <br><br> **ORDER TO SHOW CAUSE; AFFORDING PETITIONER OPPORTUNITY TO FILE RECEIPT** |

On February 6, 2008, the Court approved a minors' compromise in the above-titled action, with each minor to receive, after payment of attorney fees, a net settlement in the amount of $11,250. (See Order filed Feb. 6, 2008 at 2:10-12 ("The share of Deaneer Mona Franklin after payment of attorney fees shall be $11,250 and the share of Coti Alexander Franklin after payment of attorney fees shall be $11,250."); see also Second Supplemental Declaration of Richard A. Canatella at 3:9-12 (stating net settlement payable to each of the minor plaintiffs, as well as to the former minor plaintiff, is $11,250).)

By the same order, the Court ordered said funds to be held in individual blocked accounts in the names of Deaneer Mona Franklin and Coti Alexander Franklin, respectively, with petitioner Dorothy Sewell as custodian. Further, the Court directed

1 petitioner to file with the Court, upon deposit of said funds, a completed "Receipt and
2 Acknowledgment of Order for the Deposit of Money into Blocked Account" ("Receipt").  <u>See</u>
3 California Judicial Council Form MC-356.
4    On April 8, 2008, petitioner filed a Receipt showing a deposit in the amount of
5 $9,000 was made into each of the blocked accounts held in the respective minor's names.
6 Such filing is not in accordance with the Court's order of February 6, 2008.
7    Accordingly, petitioner is hereby ORDERED to appear before the Court on May 2,
8 2008 at 9:00 a.m. to show cause why sanctions should not be imposed for petitioner's
9 failure to comply with the Court's order of February 6, 2008.  If petitioner files, no later than
10 April 30, 2008, a Receipt demonstrating $11,250 has been deposited in each of the minor's
11 blocked accounts, such Order to Show Cause will be vacated.
12    **IT IS SO ORDERED.**
13 Dated: April 18, 2008
14                              MAXINE M. CHESNEY
                                  United States District Judge