United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11                                          No. C-06-1909 MMC

LaRELL FRANKLIN, et al.,

12                                          **ORDER RE: PETITIONER'S**
                Plaintiffs,                 **ADMINISTRATIVE MOTION; RESETTING**
13                                          **HEARING ON ORDER TO SHOW CAUSE**
     v.

14

15   ALLSTATE CORPORATION et al.,

16              Defendant

17   _____/

18

19          By order filed April 18, 2008, the Court directed petitioner Dorothy A. Sewell to

20   appear before the Court on May 2, 2008 at 9:00 a.m. and show cause why sanctions

21   should not be imposed against her for her failure to comply with the Court's order of

22   February 6, 2008, approving a minors' compromise of the claims brought by Deaneer Mona

23   Franklin and Coti Alexander Franklin against the "Allstate Defendants" and requiring

24   petitioner to deposit the sum of $11,250 into each of the two blocked accounts to be

25   opened in said minors' names.[1]

26          As of 11:30 a.m. on May 2, 2008, at the completion of the Court's morning calendar,

27   _____

28        [1] By the same order, the Court afforded petitioner the opportunity to file, no later
     than April 30, 2008, a Receipt demonstrating that $11,250 had been deposited in each of
     the minor's blocked accounts; the order further provided that upon such filing, the Order to
     Show Cause would be vacated.  No such Receipt has been filed.

1  neither petitioner nor her counsel, Richard A. Canatella, had appeared.  At 7:26 p.m. that

2  same date, petitioner filed an administrative motion, by which she seeks leave to file a late

3  response to the order to show cause.  Petitioner states therein that she "intended to attend

4  the OSC hearing scheduled [for Friday, May 2, 2008], . . . but on Thursday was informed by

5  her supervisor that she would not be able to get time off to make the trip."  (See Admin.

6  Mot. at 6:13-16.)[2]  Petitioner does not explain her failure to notify the Court, in *advance* of

7  the hearing, of the potential difficulty in attending said hearing.  Neither does petitioner offer

8  an explanation for the failure of her counsel of record to appear at the hearing.

9       The Court has considered petitioner's response, but finds it insufficient to explain

10 petitioner's failure to comply with the Court's order to appear on May 2, 2008, which order

11 was clear on its face, particularly as petitioner is represented by counsel.  Moreover, in the

12 absence of further explanation, petitioner's proffered reason for not depositing the entirety

13 of each minor's net share of the settlement proceeds into the minors' blocked accounts, as

14 ordered, is insufficient.

15      Accordingly, petitioner Dorothy A. Sewell and her counsel, Richard A. Canatella, are

16 each ORDERED to appear on May 16, 2008 at 9:00 a.m. and at that time to SHOW

17 CAUSE why sanctions should not be imposed for the failure to deposit the requisite sums

18 in the minors' accounts as ordered and their failure to appear on May 2, 2008.[3]

19      **IT IS SO ORDERED.**

20

21 Dated: May 7, 2008                                    MAXINE M. CHESNEY
                                                        United States District Judge

22

23      [2]  Petitioner resides in Las Vegas, Nevada.  (See id. at 6:6-7.)  In her administrative
    motion, petitioner states she "was also concerned that she could not afford to pay for air
24 fare, etc., and lodging in San Francisco."  (See id. at 6:16-17.)  The imposition of travel
    expenses is not sufficient to justify petitioner's failure to appear on May 2, 2008, as
25 petitioner could foresee such expenses would be necessary and did not seek any type of
    relief designed to avoid such expenses.  Nevertheless, in light of petitioner's expressed
26 concerns, the Court has reset the hearing for a date on which petitioner was previously
    scheduled to appear, specifically, on May 16, 2008 at 9:00 a.m., at which time the petition
27 for approval of the minors' compromise incident to the settlement with the "EFI Global
    Defendants" is scheduled to be heard.

28      [3] The status conference previously scheduled for May 9, 2008 is hereby VACATED.