IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LaRELL FRANKLIN, et al.,

    Plaintiffs,

  v.

ALLSTATE CORPORATION, et al.,

    Defendants

No. C-06-1909 MMC

**ORDER GRANTING PETITION FOR APPROVAL OF MINORS' COMPROMISE INCIDENT TO SETTLEMENT OF ACTION AGAINST EFI GLOBAL DEFENDANTS**

    Before the Court is the Petition of Dorothy A. Sewell, filed April 7, 2008, for approval of the compromise of the claims brought by minor plaintiffs Deaneer Mona Franklin and Coti Alexander Franklin against defendants EFI Global, Inc. and George S. Alboff (collectively, "EFI Defendants"), incident to settlement of the action against said defendants. No opposition to said petition has been filed.

    Having read and considered the papers filed in support of the Petition, the Court finds it is in the best interests of the minors that the claims be settled for the amounts stated in the Petition. Accordingly, good cause appearing,

    1. The Petition is hereby GRANTED.

    2. The settlement agreement is APPROVED with respect to the minors'

compromise contained therein.

3. The share of Deaneer Mona Franklin after payment of attorney fees shall be $6250 and the share of Coti Alexander Franklin after payment of attorney fees shall be $6250.

4. Said funds shall be held in individual blocked accounts in the names of Deaneer Mona Franklin and Coti Alexander Franklin, respectively, with petitioner Dorothy Sewell as custodian. Said accounts shall be separate and distinct from any other account maintained on behalf of said minors, with the exception that the funds may be held in the blocked accounts opened by petitioner on behalf of each minor pursuant to the prior settlement, in the instant action, of the minors' claims against the "Allstate Defendants." Upon deposit of said funds, petitioner shall file with the Court a completed "Receipt and Acknowledgment of Order for the Deposit of Money into Blocked Account" ("Receipt"). See California Judicial Council Form MC-356.

5. A status conference with respect to the deposit of the minors' settlement funds is hereby set for July 18, 2008 at 10:30 a.m. No appearance is required if a completed Receipt is filed on or before July 2, 2008.

**IT IS SO ORDERED.**

Dated: June 4, 2008

MAXINE M. CHESNEY
United States District Judge

2