IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LaRELL FRANKLIN, et al.,

    Plaintiffs,

  v.

ALLSTATE CORPORATION, et al.,

    Defendants

No. C-06-1909 MMC

**ORDER GRANTING EFI DEFENDANTS' MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT; VACATING HEARING**

    Before the Court is the motion filed April 18, 2008 by defendants EFI Global, Inc. and George S. Alboff (collectively, "EFI Defendants"), for the Court's determination, pursuant to California Code of Civil Procedure § 877.6, that the settlement between plaintiffs and such defendants is in good faith. Defendants Scott D. Schwartz and Rust, Armenis & Schwartz (collectively, "Schwartz Defendants") have filed a Statement of Nonopposition to the motion. The Court finds the motion appropriate for resolution without oral argument, see Civil L.R. 7-1(b), hereby VACATES the June 6, 2008 hearing on the matter, and rules as follows.

    Having read and considered the papers filed in support of the motion, the Court, having applied the factors set forth in Tech-Bilt, Inc. v. Woodward-Clyde & Assoc., 38

Cal.3d 488 (1985), finds, for the reasons set forth by the EFI Defendants, the settlement amount is "not grossly disproportionate to what a reasonable person, at the time of the settlement, would estimate the settling defendant's liability to be," see id. at 499.[1]

Accordingly, the EFI Defendants' motion is hereby GRANTED, and the settlement between plaintiffs and the EFI Defendants is hereby DETERMINED to be in good faith.

**IT IS SO ORDERED.**

Dated: June 4, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] In so finding, the Court has not relied on the EFI Defendants' argument that, "[o]ther than purported emotional distress and legal fees, Plaintiffs have no damages," (see Mot. at 5:4-5), nor has the Court made any determination with respect to such issue.

2