IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LaRELL FRANKLIN, et al.,     No. C-06-1909 MMC

    Plaintiffs,     **ORDER DISCHARGING ORDER TO SHOW CAUSE**

  v.

ALLSTATE CORPORATION, et al.,

    Defendants

_____/

    Before the Court is the Return filed May 27, 2008 by petitioner Dorothy A. Sewell and her counsel, Richard A. Canatella, in response to the Court's "Order Re: Order to Show Cause," by which order the Court directed petitioner and counsel to file a Receipt demonstrating $11,250 was deposited into a separate blocked account in the name of each minor plaintiff. (See Order filed May 16, 2008.)  In said Return, counsel represents to the Court that such deposits have been made, and, in support thereof, attaches copies of the Receipts.

    Because petitioner and her counsel, as set forth above, have complied with the Court's order regarding the deposit of funds into each minor's blocked account, the order to show cause is hereby DISCHARGED.

    **IT IS SO ORDERED.**

Dated: June 5, 2008                  MAXINE M. CHESNEY
                                                    United States District Judge