IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LaRELL FRANKLIN, et al.,

    Plaintiffs,

v.

ALLSTATE CORPORATION, et al.,

    Defendants

_____/

No. C-06-1909 MMC

**ORDER OF DISMISSAL OF ACTION AGAINST DEFENDANTS GEORGE S. ALBOFF AND EFI GLOBAL, INC.**

    Plaintiffs having requested that the Court dismiss, with prejudice, all claims and causes of action set forth in the Second Amended Complaint against defendants George S. Alboff and EFI Global, Inc. (collectively, "EFI"), in light of said parties having agreed to a settlement of this action,

    IT IS HEREBY ORDERED that plaintiffs' claims and causes of action against EFI are dismissed with prejudice.

    **IT IS SO ORDERED.**

Dated: June 9, 2008

MAXINE M. CHESNEY
United States District Judge