IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LaRELL FRANKLIN, et al.,

    Plaintiffs,

v.

ALLSTATE CORPORATION et al.,

    Defendant

No. C-06-1909 MMC

**ORDER VACATING JULY 18, 2008 STATUS CONFERENCE**

    By order filed June 4, 2008, the Court scheduled a July 18, 2008 status conference with respect to the deposit of funds apportioned to minor plaintiffs Deaneer Mona Franklin and Coti Alexander Franklin from the settlement of plaintiffs' claims against defendants EFI Global, Inc. and George S. Alboff, and specified therein that no appearance at such conference would be required if a completed "Receipt and Acknowledgment of Order for the Deposit of Money into Blocked Account" was filed on or before July 2, 2008.

    Petitioner having timely filed the requisite Receipt, the July 18, 2008 status conference is hereby VACATED.

    **IT IS SO ORDERED.**

Dated: July 3, 2008

MAXINE M. CHESNEY
United States District Judge