IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaRELL FRANKLIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE CORPORATION, et al., <br><br> Defendants <br> _____/ | No. C-06-1909 MMC <br><br> **ORDER GRANTING RAS DEFENDANTS' MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT; VACATING HEARING** |

  Before the Court is the motion filed July 11, 2008 by defendants Scott D. Schwartz and Rust, Armenis & Schwartz (collectively, "RAS Defendants"), for the Court's determination, pursuant to California Code of Civil Procedure § 877.6, that the settlement between plaintiffs and such defendants is in good faith. No opposition to the motion has been filed. The Court finds the motion appropriate for resolution without oral argument, see Civil L.R. 7-1(b), hereby VACATES the August 15, 2008 hearing on the matter, and rules as follows.

  Applying the factors set forth in Tech-Bilt, Inc. v. Woodward-Clyde & Assoc., 38 Cal.3d 488 (1985), the Court finds the settlement amount is "not grossly disproportionate to what a reasonable person, at the time of the settlement, would estimate the settling

1  defendant's liability to be," see id. at 499.

2      Accordingly, the RAS Defendants' motion is hereby GRANTED, and the settlement
3  between plaintiffs and the RAS Defendants is hereby determined to be in good faith.

4  **IT IS SO ORDERED.**

5  Dated: July 30, 2008

                              MAXINE M. CHESNEY
6                                United States District Judge

2