IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaRELL FRANKLIN, et al., | No. C-06-1909 MMC |
| Plaintiffs, | **ORDER TO SHOW CAUSE WHY CLAIMS AGAINST DEFENDANT GRANLUND SHOULD NOT BE DISMISSED** |
| v. | |
| ALLSTATE CORPORATION, et al., | |
| Defendants. | |

By separate order filed this date, the Court approved the minor plaintiffs' compromise incident to plaintiffs' settlement of the action against the "RAS Defendants." Once the funds payable to said minors have been deposited, the only defendant remaining in the action will be Roy Granlund ("Granlund"), who has not appeared and against whom the Clerk entered default on March 17, 2008. Over four months has elapsed since plaintiffs obtained such default and no further action against Granlund has been taken by plaintiffs.

Accordingly, plaintiffs are hereby ORDERED TO SHOW CAUSE in writing, no later than August 15, 2008, why all claims against Granlund should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 30, 2008

MAXINE M. CHESNEY
United States District Judge