IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LaRELL FRANKLIN, et al.,

    Plaintiffs,

  v.

ALLSTATE CORPORATION, et al.,

    Defendants

                                  /

No. C-06-1909 MMC

**ORDER DISCHARGING ORDER TO SHOW CAUSE; SETTING DEADLINE FOR FILING MOTION FOR DEFAULT JUDGMENT WITH RESPECT TO DEFENDANT GRANLUND**

    Before the Court is the Return filed August 11, 2008 by plaintiffs in response to the Court's order to show cause why plaintiffs' claims against defendant Roy Granlund ("Granlund") should not be dismissed for failure to prosecute. In said Return, plaintiffs state, <u>inter alia</u>, that they have not yet completed an investigation regarding Granlund's financial ability to satisfy a default judgment, and request additional time in which to complete such investigation. Plaintiffs request that the Court schedule a motion for default judgment against Granlund and allow plaintiffs to submit, on or before October 15, 2008, evidence in support of their claim for damages against Granlund.

    Good cause appearing, the order to show cause is hereby DISCHARGED. Plaintiffs are hereby ORDERED to file, no later than October 15, 2008, a motion for default

judgment with respect to Granlund, and, as the Court likely will not conduct an evidentiary hearing thereon, such motion shall be accompanied by declarations and any other necessary evidentiary support for the amount of damages claimed. If, by the date provided, plaintiffs fail to file such motion or otherwise show cause why their claims against Granlund should not be dismissed, the action against said defendant will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 19, 2008

MAXINE M. CHESNEY
United States District Judge