IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaRELL FRANKLIN, et al., | No. C-06-1909 MMC |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ALLSTATE CORP., et al., | |
| Defendants. | |

Petitioner Dorothy A. Sewell ("Sewell") having filed, September 5, 2008, a "Receipt for Blocked Accounts of Settlement Funds Incident to Minors' Compromise," reflecting the deposit of $6250 into a separate blocked account on behalf of each of the minor plaintiffs herein, the Case Management Conference scheduled for September 19, 2008 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: September 17, 2008

MAXINE M. CHESNEY
United States District Judge