IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaRELL FRANKLIN, et al., | No. C-06-1909 MMC |
| Plaintiffs, | **ORDER DIRECTING PLAINTIFFS TO FILE NOTICE OF MOTION AND TO SERVE NOTICE AND MOTION ON DEFENDANT** |
| v. | |
| ALLSTATE CORP., et al., | |
| Defendants. / | |

Before the Court is plaintiffs' Motion to Enter Default Judgment of Roy Granlund, filed October 8, 2008.  The motion is not noticed for hearing nor have plaintiffs filed proof of service of said motion on defendant Roy Granlund ("Granlund").

By order filed August 19, 2008, the Court ordered plaintiffs to file, no later than October 15, 2008, a motion for default judgment with respect to said defendant.  Although, in advising plaintiffs of the need to file evidentiary support for any such motion, the Court stated that the Court likely would not conduct an "evidentiary hearing," (see Order filed August 8, 2008 at 2:1-3), the Court did not state it would conduct no hearing of the matter.

Accordingly, plaintiffs are hereby ordered to file, no later than **November 7, 2008**, (a) a notice of motion in accordance with Civil Local Rule 7-2 and (b) proof of service of the notice and motion on defendant Granlund.

If plaintiffs are of the view that Granlund is not entitled to notice, plaintiffs shall, at the time they file their notice of motion, file a memorandum of points and authorities in support of such position.

After the Court has reviewed the noticed motion, the Court will determine whether a hearing is necessary or whether the matter will be resolved on the written submissions.

**IT IS SO ORDERED.**

Dated: October 16, 2008

_____
MAXINE M. CHESNEY
United States District Judge