IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaRELL FRANKLIN, et al., | No. C-06-1909 MMC |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| ALLSTATE CORPORATION, et al., | |
| Defendants.                                  / | |

     On December 10, 2008, the Court ordered plaintiffs to file, no later than December 26, 2008, a supplement to their "Motion for Entry of Default Judgment of Roy David Granlund," filed October 8, 2008, as amended November 4, 2008.  On December 23, 2008, plaintiffs withdrew the above-referenced motion.

     The history of the action against said defendant is as follows:

     The Clerk entered default against Roy David Granlund ("Granlund") on March 17, 2008, over nine months ago.  On July 30, 2008, a date more than four months after the entry of default, the Court ordered plaintiffs to show cause why their claims against Granlund should not be dismissed, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.  On August 11, 2008, plaintiffs responded to the Court's Order to Show Cause ("OSC"), and on August 19, 2008, the Court ordered plaintiffs to file, no later than October 15, 2008, a motion for default judgment with respect to Granlund.

1  The motion for default judgment having been withdrawn, plaintiffs are hereby ORDERED TO SHOW CAUSE, in writing and no later than January 16, 2009, why all claims against Granlund should not be dismissed, pursuant to Rule 41(b), for failure to prosecute.  If plaintiffs fail to provide a timely response showing good cause, the claims against Granlund will be dismissed pursuant to Rule 41(b).

**IT IS SO ORDERED.**

Dated:  December 24, 2008

_____
MAXINE M. CHESNEY
United States District Judge