IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaRELL FRANKLIN, et al., | No. C-06-1909 MMC |
| Plaintiffs, | **ORDER DISMISSING RAS DEFENDANTS** |
| v. | |
| ALLSTATE CORPORATION, et al., | |
| Defendants. / | |

Plaintiffs having informed the Court that all plaintiffs to the above-titled action have reached a settlement with defendants Scott D. Schwartz and Rust, Armenis & Schwartz (collectively, "RAS Defendants"), and the Court, by order filed July 30, 2008, having approved the compromise of the minor plaintiffs' claims against the RAS Defendants,

IT IS HEREBY ORDERED that plaintiffs' claims against the RAS Defendants be dismissed without prejudice; provided, however, that if any of said parties certifies to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered, the foregoing Order shall stand vacated.

**IT IS SO ORDERED.**

Dated: December 24, 2008

_____
MAXINE M. CHESNEY
United States District Judge