IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaRELL FRANKLIN, et al., | No. C-06-1909 MMC |
| Plaintiffs, | **ORDER DISMISSING ACTION** |
| v. | |
| ALLSTATE CORPORATION, et al., | |
| Defendants. | |

On December 24, 2008, the Court ordered plaintiffs to show cause, in writing and no later than January 16, 2009, why their claims against defendant Roy David Granlund ("Granlund") should not be dismissed, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute. (See Order filed Dec. 24, 2008 ("Order to Show Cause"), at 2.) The Court stated that if plaintiffs failed to provide a timely response showing good cause, their claims against Granlund would be dismissed. (See id.) To date, no response to the Court's Order to Show Cause has been filed.

Accordingly, all claims against Granlund are hereby DISMISSED with prejudice.

As this order resolves the sole remaining claims in the above-titled action, the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 20, 2009

                                            MAXINE M. CHESNEY
                                            United States District Judge