IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARELL FRANKLIN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALLSTATE CORPORATION, et al.,<br><br>    Defendants. | No. C-06-1909 MMC<br><br>**ORDER DIRECTING U.S. BANK TO ALLOW FORMER MINOR FULL ACCESS TO FUNDS IN BLOCKED ACCOUNT** |

    Before the Court is a request, filed December 19, 2011, by Dorothy A. Sewell, in which she seeks an order directing U.S. Bank to grant former minor Coti A. Franklin access to funds placed in a blocked account located in said depository.  The request is supported by an adequate showing that Coti A. Franklin is no longer a minor.[1]

    Good cause appearing, **IT IS HEREBY ORDERED** that U.S. Bank allow, upon a proper showing of identification, Coti A. Franklin, and no other person, full access to the funds held in the blocked account opened in his name by custodian Dorothy A. Sewell.

Dated: December 23, 2011

MAXINE M. CHESNEY
United States District Judge

---

[1] The Clerk is hereby DIRECTED to file under seal the exhibits attached to the request, for the reason that said exhibits include the social security number and other personal identifying information of Coti A. Franklin.