IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LARELL FRANKLIN, et al.,

    Plaintiffs,

  v.

ALLSTATE CORPORATION, et al.,

    Defendants.

No. C-06-1909 MMC

**AMENDED* ORDER DIRECTING WELLS FARGO BANK TO ALLOW FORMER MINOR FULL ACCESS TO FUNDS IN BLOCKED ACCOUNT**

Before the Court is a request, filed September 20, 2012, by Dorothy A. Sewell, in which she seeks an order directing Wells Fargo Bank to grant former minor Deaneer Mo-Ná Franklin access to funds placed in a blocked account located in said depository. The request is supported by an adequate showing that Deaneer Mo-Ná Franklin is no longer a minor.[1]

Good cause appearing, **IT IS HEREBY ORDERED** that Wells Fargo Bank allow, upon a proper showing of identification, Deaneer Mo-Ná Franklin, and no other person, full access to the funds held in the blocked account opened in her name by custodian Dorothy A. Sewell.

**IT IS SO ORDERED.**

Dated: September 25, 2012

MAXINE M. CHESNEY
United States District Judge

---

*The sole amendment is to correct the minor's first name.

[1] The Clerk is hereby DIRECTED to file under seal the exhibits attached to the request, for the reason that said exhibits include the social security number and other personal identifying information of Deaneer Mo-Ná Franklin.